```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO.  06-14361-CIV-GRAHAM
                    MAGISTRATE JUDGE P.A. WHITE
```

GLENN C. SMITH,                    :

    Plaintiff,                 :
                                                  REPORT RE GRANT OF MOTION
v.                                 :   TO PROCEED IFP ON APPEAL
                                                       CIVIL RIGHTS
SECRETARY FLORIDA DEPT. OF         :           (DE#16)
CORRECTIONS, et al.,               :

    Defendants.                :
_____

    The plaintiff has filed a motion to proceed <u>in forma pauperis</u> on appeal in this prisoner civil rights case (DE#16). The motion has been referred to the Undersigned Magistrate Judge.

    The documentation required by law has been provided and it is therefore recommended that the motion be granted.

    Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

    DONE AND ORDERED at Miami, Florida, this 18th day of May, 2009.

                                                      UNITED STATES MAGISTRATE JUDGE

cc:  Glenn Cmith, <u>Pro Se</u>
     Address of Record