UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

Case No. 06-14361-CIV-GRAHAM/WHITE

GLENN C. SMITH,

    Plaintiff,

vs.

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS, et al.

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Plaintiff's Motion for Leave to Proceed <u>in forma pauperis</u> on Appeal [D.E. 16].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White on May 11, 2009 [D.E. 17]. On May 18, 2009, the Magistrate Judge issued a Report [D.E. 18] recommending that the Motion for Leave to Proceed in forma pauperis on Appeal [D.E. 16] be granted. The parties have not filed objections to the Magistrate Judge's Report.

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report [D.E. 18] is hereby **RATIFIED, AFFIRMED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Leave to Proceed in forma pauperis on Appeal [D.E. 16] is **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2⟨ day of June 2009.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Patrick A. White
    Glenn C. Smith, <u>Pro Se</u>